UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN OSWALDO CHIC CALEL, | No. 1:26-cv-02638-DAD-JDP |
| Petitioner, | |
| v. | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al., | |
| Respondents. | (Doc. Nos. 1, 2) |

On April 8, 2026, petitioner Franklin Oswaldo Chic Calel, A-File No. 208-256-771, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE") and a motion for temporary restraining order seeking his immediate release. (Doc. Nos. 1, 2.) On the same day, the court issued an order directing respondents to file a written opposition to that motion and directed respondents to indicate whether this case is distinguishable from the circumstances addressed in the court's prior orders in *Quichimbo-Jimenez v. Warden, California City Correctional Center*, 2:26-cv-00739-DAD-EFB, 2026 WL 679378 (E.D. Cal. Mar. 10, 2026), and *J.P.C. v. Chestnut, et al.*, 1:26-cv-02108-DAD-JDP, 2026 WL 788129, at *2 (E.D. Cal. Mar. 20, 2026). (Doc. No. 5.)

/////

1

On April 10, 2026, respondents filed their opposition to the pending motion. (Doc. No. 6.) Therein, respondents concede that, "there are no significant factual or legal issues in this case that materially distinguish it from the cases identified in the Order." (*Id.* at 1.) Respondents further state that they do not oppose the court converting petitioner's motion for temporary restraining order into a motion for preliminary injunction, and that if the court is inclined to grant a preliminary injunction, judicial economy counsels that the court should enter judgement on the merits of the petition based upon the present briefing. (*Id.*)

Petitioner is a native and citizen of Guatemala who entered the United States in July 2015, and was detained on February 16, 2026, by immigration officials. (*Id.* at 11.) Petitioner alleges that he does not have any criminal history. (*Id.*) Pursuant to the reasoning as stated in *Quichimbo-Jimenez* and *J.P.C.* and adopted here, the court will grant the petition for writ of habeas corpus.

For the reasons above:

1.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.    Respondents are ORDERED to immediately release petitioner Franklin Oswaldo Chic-Calel, A-File No. 208-256-771, from respondents' custody;

    b.    Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a);

    c.    Petitioner's request for attorney's fees is DENIED without prejudice to bringing a properly noticed and supported motion;

2.    Petitioner's motion for a temporary restraining order (Doc. No. 2) is hereby DENIED as having been rendered moot in light of this order granting habeas relief;

3.    The Clerk of the Court is directed to serve this order on the California City Detention Facility; and

4.     The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   __**April 13, 2026**__ _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE